450 A.2d 209

Commonwealth v. Morton, Appellant.

Submitted November 5, 1981. Dana Rakinic, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.